1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10
11    HSBC BANK U.S.A.,                              Case No. 3:11-cv-784-AJB-BGS
12                              Plaintiff,
13          vs.                                      **ORDER DENYING MOTION TO**
                                                     **PROCEED IN FORMA PAUPERIS**
14    DORA A. CARBAJAL,                              **[DOC. NO. 2]**
15                              Defendant.

16          On April 14, 2011, Dora A. Carbajal, a non-prisoner proceeding *pro se*, filed a Notice of

17   Removal of case number 37-2010-00032112-CL-UD-SC from Superior Court of California, County

18   of San Diego, to this Court [Doc. No. 1], along with a Motion to Proceed *in forma pauperis* [Doc.

19   No. 2].  Defendant Carbajal submitted a declaration in support of a request to proceed *in forma*

20   *pauperis* in accordance with 28 U.S.C. § 1915(a)(1) and Local Rule 3.2(a).

21          The Court finds that the Defendant's declaration of inability to pay costs or give security is

22   insufficient to permit Defendant to proceed *in forma pauperis*. Permission to file a petition for writ

23   of mandamus *in forma pauperis* will not be granted unless there is some merit in the petition. 28

24   U.S.C.A. § 1915.   Although one need not be absolutely destitute to obtain benefits of statute dealing

25   with proceedings *in forma pauperis* in federal courts, a motion to proceed *in forma pauperis* must

26   state facts as to affiant's poverty with some particularity, definiteness and certainty. *See* 28 U.S.C.A.

27   § 1915; *Jefferson v. U.S.*, 277 F. 2d 723 (9th Cir. 1960).  The Defendant's motion fails to state with

28   particularity, definiteness and certainty that such funds are insufficient to make such expenses and

1   pay under 28 U.S.C. § 1914(a) because of the following reasons:

2       •       Defendant states current employment with wages of $1,800.00 per month.

3       •       Defendant has a primary residence worth $270,000.

4       •       Defendant owns a 2006 Hyundai Sonata outright.

5       •       Defendant's expenses of "utilities, water, food, gas and any other expenses that may

6               occur" are not stated with particularity.

7       •       Defendant has noted no debts or obligations except litigation.

8           It is under the Court's discretion to grant or deny permission to proceed *in forma pauperis*

9    based on the Defendant's claim.  28 U.S.C. § 1915(e)(2). Without further evidence, the Court lacks

10   specific facts to find that the Defendant is not able to pay the filing fee under 28 U.S.C. § 1914(a).

11   In light of this information, IT IS HEREBY ORDERED that Carbajal's Motion to Proceed *in forma*

12   *pauperis* is **DENIED** and the Complaint is **DISMISSED** without prejudice.  Pursuant to this Order,

13   however, Defendant is granted 30 days leave to pay the $350 filing fee required to maintain this

14   action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding the

15   Defendant's economic status.  **IF PLAINTIFF CHOOSES TO FILE ADDITIONAL**

16   **INFORMATION REGARDING HER POVERTY, SHE MUST ATTACH A COPY OF THIS**

17   **ORDER.**

18          **IT IS SO ORDERED.**

19

20   DATED:  September 16, 2011

21                                                  _____

22                                                  Hon. Anthony J. Battaglia
                                                    U.S. District Judge

23

24

25

26

27

28